UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ELEAZAR CARDONA, and other similarly-
situated individuals,

       Plaintiff,

-vs-                   Case No. 2:09-cv-707-FtM-29SPC

SUN STATE ENTERPRISES, INC.,

       Defendant.
_____

## ORDER

    This matter comes before the Court on the Joint Motion for Enlargement of Time to Extend Settlement Conference Deadline and Deadline to File Case Management Report (Doc. #22) filed on June 2, 2010. The Parties move the Court for an extension of to the settlement conference deadline and additional time to file the Case Management Report. As grounds, Counsel indicates that due to scheduling conflicts additional time is necessary to allow the parties to meet on a stipulated date.

    District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001). Having considered the motion, the Court finds good cause and will grant the extension as outlined below.

    Accordingly, it is now

    **ORDERED:**

The Joint Motion for Enlargement of Time to Extend Settlement Conference Deadline and Deadline to File Case Management Report (Doc. #22) is **GRANTED**. The deadline to meet to conduct the settlement conference is extended to **JUNE 23, 2010.** The deadline to file the Case Management Report is extended to **JULY 13, 2010.**

**DONE AND ORDERED** at Fort Myers, Florida, this   8th    day of June, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record