UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ELEAZAR CARDONA, and other similarly-situated individuals,

    Plaintiff,

-vs-                                              Case No. 2:09-cv-707-FtM-29SPC

SUN STATE ENTERPRISES, INC.,

    Defendant.
_____

## ORDER

This matter comes before the Court *sua sponte*. On June 23, 2010, the Plaintiff filed an "Emergency Motion to Extend Time to Conduct Settlement Conference". The Court granted the Motion extending the deadline to July 23, 2010. The parties have not notified the Court as to the outcome of the settlement conference. To date, no further pleadings have been filed. As such, the parties shall notify the Court as to the status of the case as outlined below.

Accordingly, it is now

**ORDERED:**

The parties shall have up to and including **SEPTEMBER 8, 2010**, to notify the Court as to the status of this case.

**DONE AND ORDERED** at Fort Myers, Florida, this   1st   day of September, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record